UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| Timothy Gonzales, | ) | Civil Action No. 3:18-cv-01380-AC |
| Plaintiff | ) | |
| v. | ) | GENERAL JUDGMENT OF DISMISSAL |
| Marla Marie Roark, | ) | |
| Defendant | ) | |

## **GENERAL JUDGMENT**

THIS MATTER coming on or before the court by Plaintiff's Motion, and the court being fully advised, now, therefore;

IT IS HEREBY GIVEN ORDERED AND ADJUDGED that the above captioned case is dismissed without prejudice and without costs being allowed to any party.

Dated: August 28, 2018

_____
U.S. Magistrate Judge

GENERAL JUDGMENT OF DISMISSAL